IN THE UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF OHIO

JANE DOE                                                        CASE 5:18-CV-01870-SL

    Plaintiff                                              JUDGE: SARA LIOI

vs

DAVID ALLEN FOSTER                           MOTION TO WITHDRAW

    Defendant

Now comes Russell A Buzzelli, former attorney for Plaintiff Jane Doe and respectfully requests of this Honorable Court an Order granting to him permission to withdraw as Counsel in the above captioned matter. For cause, pursuant to Model Rule of Professional Behavior 1.16 (B) (6) & (9), a lawyer may withdraw from representation of a client if representation has been rendered unreasonably difficult by the client. Further, under this rule, representation may be terminated if continued representation results in an unreasonable financial burden on the attorney.

In the instant matter all commmunications with Plainitff ceased months ago. Furthermore, the Plaintiff removed her file from Counsel's office, more than two months ago, advising new Counsel would takeover handling this case, with no further communication; thus, resulting in a total breakdown of the attorney client relationship. Finally, Plainitff is unable to pay for services rendered as required in a fee agreement. Therefore, based on a total breakdown in the Attorney Client relationship, the undue financial burden on Counsel, and Plaintiff's intentional actions, Former Plainitff's Counsel requests permission to withdraw herein.

Respectfully Submitted,

/s/ Russell A. Buzzelli #0038165
PO Box 84
Wadsworth, Ohio  44281
(330)336-1075 phn

**CERTIFICATE OF SERVICE**

A copy of the above motion, answer instanter, and a separate proposed order were served on the Plaintiff at her published email address of mbkc1@hotmail.com on January 1, 2019 and on Counsel as follows:

Todd M. Raskin (Terminated)    traskin@mrrlaw.com

Patricia C. Ambrose-Rubright    prubright@mrrlaw.com

Timothy D. McKinzie    tim@mckinzielaw.com

Russell A. Buzzelli    buzzellir@wadsnet.com

Tami Z. Hannon    thannon@mrrlaw.com

Christina M. Nicholas (Terminated)    cnicholas@mrrlaw.com

/s/Russell A. Buzzelli #0038165