UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | CASE NO.: 5:18-CV-01870 |
| | ) | |
| Plaintiff, | ) | JUDGE: SARA LIOI |
| | ) | |
| vs. | ) | **SECOND JOINT STATUS** |
| | ) | **REPORT TO COURT** |
| DAVID ALLEN FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now come Defendants, City of Norton, City of Norton Police Department, Chief of Police John Dalessandro, Officer Ryan Seeker, Officer John Karnuth, Officer Brett McShane, Officer Christopher Besse, Officer Joshua Pond, Solicitor Justin Markey, Assistant Prosecutor Michelle Banbury, and Assistant Prosecutor Jennifer Roberts (the "Norton Defendants") and City of Barberton, City of Barberton Law Department, Lisa O. Miller, and Diana Stevenson (the "Barberton Defendants"), by and through their respective counsel, and submit the following Status Report concerning the progress of the underlying criminal case.

Defendants were recently notified that the Barberton Municipal Court entered an Order on January 4, 2019 expunging Plaintiff's underlying criminal convictions. Based this ruling, it appears that the underlying basis for the stay has ended and the case can return to the active docket.

Respectfully submitted,

| | |
|---|---|
| *s/Christina M. Nicholas* | *s/Tami Z. Hannon* |
| TODD M. RASKIN (0003625) | PATRICIA A. RUBRIGHT (0009435) |
| CHRISTINA M. NICHOLAS (0091248) | TAMI Z. HANNON (0079812) |
| MAZANEC, RASKIN & RYDER CO., L.P.A. | MAZANEC, RASKIN & RYDER CO., L.P.A. |
| 100 Franklin's Row | 100 Franklin's Row |
| 34305 Solon Road | 34305 Solon Road |
| Cleveland, OH  44139 | Cleveland, OH  44139 |
| (440) 248-7906 | (440) 248-7906 |
| (440) 248-8861 – Fax | (440) 248-8861 – Fax |
| Email:   traskin@mrrlaw.com | Email:   prubright@mrrlaw.com |
|              cnicholas@mrrlaw.com |              thannon@mrrlaw.com |
| *Counsel For Defendants City Of Barberton, Ohio, City Of Barberton Law Department, Lisa O. Miller, And Diana Stevenson* | *Counsel for Defendants City of Norton, City of Norton Police Department, Chief of Police John Dalessandro, Officer Ryan Seeker, Officer John Karnuth, Officer Brett McShane, Officer Christopher Besse, Officer Joshua Pond, Solicitor Justin Markey, Assistant Prosecutor Michelle Banbury and Assistant Prosecutor Jennifer Roberts* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019, a copy of the foregoing Status Report to Court was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/Tami Z. Hannon*
PATRICIA A. RUBRIGHT  (0009435)
TAMI Z. HANNON  (0079812)

*Counsel for Defendants City of Norton, City of Norton Police Department, Chief of Police John Dalessandro, Officer Ryan Seeker, Officer John Karnuth, Officer Brett McShane, Officer Christopher Besse, Officer Joshua Pond, Solicitor Justin Markey, Assistant Prosecutor Michelle L. Banbury, and Assistant Prosecutor Jennifer Roberts*
