UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

JANE DOE,　　　　　　　　　　　　　　　　　　　　　CASE NO. 5:18-CV-01870

PLAINTIFF,

v.　　　　　　　　　　　FILED　　　　　　　　　JUDGE SARA LIOI
　　　　　　　　　　　MAR - 5 2019　　　　　　　Reply to Order
DAVID ALLEN FOSTER, et al.,　CLERK, U.S. DISTRICT COURT　dated Feb. 15
　　　　　　　　　　　NORTHERN DISTRICT OF OH
　　　　　　　　　　　　　　AKRON

DEFENDANT.

　　　Now comes the plaintiff "Jane Doe", who has been forced to proceed, pro se. This is a direct result of a system that has pre-judged, assumed an attorney is actually telling the truth, no regard for hearing or seeing what the "client" has to dispute about the allegations, or recognizes that she deserves to have a voice just like everybody else who have easy access to filing these motions. There is NOTHING to guide someone, without a law degree, how to proceed without an attorney. I see this as, "you lose by default because you don't have the resources to How is that justice?

　　　I will refer to my so-called ex-attorney as Mr. Fruit Loops. I am sure once you've reviewed the exhibits you or anybody else, who is from this planet, will agree.

　　　Mr. Fruit Loops is the focus of why I'm in the position I'm in with this court. People get an attorney because they need help, not to make things worse. When he filed this back in August, I can say with 99.9% certainty that he never intended on following it through.

　　　The justifications for withdrawing are all complete fabrications. Unreasonably difficult; because I wouldn't have sex as often as he wanted, looked at all the houses for "us", spent enough time with him, didn't go to the hospital to check on him, didn't wear the right heels for him, wasn't there to celebrate when he got his motorcycle endorsement so we can ride together, etc.

　　　Financial burden: In the year I was working at "our" office, one of my duties was paying the bills and balancing the check book. I know from seeing garbage bags of old bills in the trash, not paid, that when he said "this is the first time my bills have been current, check book balanced, and you've raised my credit score." When we looked at old bank statements, I told him "I'm gong to save you so much money." I made the office kitchen into a real kitchen, not more eating out 3 times a day. He was extremely grateful to be saving money and have home cooked meals.

　　　Removing my file and advising of new counsel: He's just upset that he and his wife didn't get to make a bon fire with my files! I am not stupid and knew if I didn't take the files I...had worked so hard at making, I would never see anything again, he knows that. I have NEVER said anything about other

counsel. In fact, the night before my divorce, I voiced how mad I was that he wasn't' sitting down with me to go over how we were going to handle it. He was hoping I was going to dismiss him. My response, "That would be like hitting the lottery." He knew from May 25th. when his wife went to opposing counsel to get him disbarred or at least off my case, because "we had been having an affair since the prior June" he was the only one that could see my cases through. (those allegations were also false) This was confirmed by an attorney he thought could "replace" him if I needed other counsel. The other attorney said "I'm sorry, I have to pass, he is the only one that knows all the details and it would be too difficult for anyone to get caught up."

Breakdown of communication: simple, he wasn't "aloud" to communicate with me, regardless of pending cases he needed to finish. This was only one of the many rules his wife demanded he abide by.

Finally, unable to pay for services: I would love to see his fabricated version of a "fee agreement", that I never saw or signed. I initially gave him $6500 which I took from my retirement. When money was needed for court, he would call my parents or I would write a check or use my visa. I have never been in any of this for money, it's been about the why or how the system could destroy a person, but pretty sure, he owes me money. Shortly after I first met Mr. Fruit Loops, he sent his wife to rehab, had me close my eyes, and handed me a "bling" pepper spray keychain with keys to the office. He wanted me to work for him. I was more than thrilled seeing I lost my job due to the D.V. charge. So as an employee, repeatedly hearing "Thank you for all you do" including everything else I was saving him money on, unable to pay is just another lie to get his way.

Due to Barberton advertising his reason for withdrawing now seeing it coming from a Federal Court, not to mention I NEVER pleaded guilty to anything and I've learned that from the police to prosecutors to judges, no matter the differences, they all work together, I CAN NOT get an attorney to save my life!! So, regardless of me being past the date specified, it doesn't really matter because I lose in the long run.

I do hope this gets read. This is the last chapter in this long and mentally draining road. I guess I wanted to try to end it with at least getting my voice heard.

**RESPECFULLY SUMITTED, (this time)**