UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | CASE NO. 5:18-CV-1870 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| DAVID ALLEN FOSTER, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For reasons set forth in the contemporaneously filed Memorandum Opinion and Order of Remand, the motion for partial judgment on the pleadings (Doc. No. 27) is GRANTED, and the First, Second, and Eighth Claim—as well as all other claims to the extent they are asserted against defendants John Dalessandro, Brett McShane, Christopher Besse, Joshua Pond, Michelle Banbury, Jennifer Roberts, Lisa Miller, Diana Stevenson, and the City of Norton—are DISMISSED. The remaining state law claims are REMANDED to the Summit County Court of Common Pleas.

**IT IS SO ORDERED**.

Dated: December 12, 2019

                                                    **HONORABLE SARA LIOI**
                                                    **UNITED STATES DISTRICT JUDGE**